**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-1221**

_____

In Re:  ANTHONY DOVE,

             Petitioner.

_____

On Petition for Writ of Mandamus.

_____

Submitted:  May 26, 2016                    Decided:  May 31, 2016

_____

Before TRAXLER, Chief Judge, and NIEMEYER and FLOYD, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Anthony Dove, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Dove petitions for a writ of mandamus seeking an order compelling the State of North Carolina to allow him to file a new motion for appropriate relief. We conclude that Dove is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. Kerr v. U.S. Dist. Court, 426 U.S. 394, 402 (1976); United States v. Moussaoui, 333 F.3d 509, 516-17 (4th Cir. 2003). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988).

This court does not have jurisdiction to grant mandamus relief against state officials, Gurley v. Superior Court of Mecklenburg Cnty., 411 F.2d 586, 587 (4th Cir. 1969), and does not have jurisdiction to review final state court orders, Dist. of Columbia Court of Appeals v. Feldman, 460 U.S. 462, 482 (1983).

The relief sought by Dove is not available by way of mandamus. Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal

2

contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED